UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN GERHOLT,** : |
| **Plaintiff,** : |
| : |
| v. : No. 2:20-cv-4079 |
| : |
| **JOHN WETZEL, et al.** : |
| **Defendants.** : |

# O R D E R

AND NOW, this 5th day of November, 2020, upon consideration of Plaintiff John Gerholt's *pro se* Amended Complaint, ECF No. 8, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Court's Order dismissing this case for failure to prosecute, ECF No. 7, is **VACATED**.

2. The Amended Complaint is **DISMISSED with prejudice** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Defendant WellPath, also known as Correct Care Solutions, is **TERMINATED** as a Defendant.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                      **BY THE COURT:**

                                      */s/ Joseph F. Leeson, Jr.*
                                      **JOSEPH F. LEESON, JR.**
                                      **United States District Judge**